### COHEN v. ILLINOIS SURETY CO. (No. 6903.)

(Supreme Court, Appellate Division, First Department. March 12, 1915.)

Appeal from Special Term, New York County.

Action by Ida Cohen, suing, etc., against the Illinois Surety Company. From a judgment for defendant, plaintiff appeals. Reversed, and judgment ordered for plaintiff.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, DOWLING, and HOTCHKISS, JJ.

Samuel Hoffman, of New York City, for appellant.
L. Laflin Kellogg, of New York City, for respondent.

HOTCHKISS, J. The issues in this case are identical with those in the Sciaballa Case, 152 N. Y. Supp. 760, decided herewith, and the decision herein should follow the decision in that case. Settle orders on notice.

INGRAHAM, P. J., and LAUGHLIN, J., concur. McLAUGHLIN and DOWLING, JJ., dissent.